AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Agent: Benjamin McMaster Telephone: (734) 676-2972

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Filemon PADILLA-ALEJANDRE

Case: 2:26−mj−30630
Assigned To : Unassigned
Assign. Date : 10/7/2026
Description: CMP USA v Padilla Alejandre (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 5, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Unlawful re-entry after removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Benjamin McMaster, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

[signature]
*Judge's signature*

Date: October 7, 2026

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

Affidavit

I, Benjamin McMaster, declare the following under penalty of perjury:

1. I am an agent with the U.S. Department of Homeland Security, U.S. Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Filemon PADILLA-ALEJANDRE, a native and citizen of Mexico.
2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for PADILLA-ALEJANDRE, for a violation of 8 U.S.C. § 1326(a), unlawful re-entry following removal. I have not included every fact known to law enforcement related to this investigation.
3. On or about January 16, 2013, PADILLA-ALEJANDRE was encountered by United States Border Patrol (USBP) agents in or near Calexico, California, and was processed as an Expedited Removal.
4. On or about January 17, 2013, PADILLA-ALEJANDRE was removed from the United States to Mexico through Calexico, California.
5. On or about October 5, 2026, USBP agents assigned to the Gibraltar Border Patrol Station encountered PADILLA-ALEJANDRE in River Rouge,

Michigan. Upon identifying themselves as USBP agents and conducting an Immigration Inspection PADILLA-ALEJANDRE was placed under arrest and transported to the Gibraltar Border Patrol Station for processing as a Reinstatement of Deportation Order (I-871).

6. While at the station, agents captured PADILLA-ALEJANDRE's fingerprints and photograph and entered this information into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that PADILLA-ALEJANDRE is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his January 17, 2013, removal.

7. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

8. Review of the Alien File (A# XXX XXX 327) for PADILLA-ALEJANDRE, and queries in U.S. Department of Homeland Security databases confirm no record exists of PADILLA-ALEJANDRE obtaining

permission from the Attorney General or the Secretary of Homeland Security to re-apply for admission to the United States after his removal from the United States on January 17, 2013.

9. Based on the above information, there is probable cause to conclude that on or about October 5, 2026, in the Eastern District of Michigan, Filemon PADILLA-ALEJANDRE, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about January 17, 2013, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Benjamin McMaster
U.S. Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge
October 7, 2026